AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Karl W. Colbert<br>_Defendant_ | )<br>)<br>)   Case No.   12-MJ-13<br>)<br>) |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_Karl Colbert_
_Defendant's signature_

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
_Defendant's signature_

The United States consents to the jury-trial waiver: _____
_Government representative's signature_

_____
_Government representative's printed name and title_

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
_Defendant's signature_

Amy Baggio
_Printed name of defendant's attorney (if any)_

_____
_Signature of defendant's attorney (if any)_

Date: 2-16-12           Approved by: _____
_Magistrate Judge's signature_