UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :                    FILED 22 FEB '12 16:34 USDC-ORP
        -v-                   :    ORDER
                              :
JOHN KINNUCAN,                :    12 Cr. 163 (DAB)
                              :
            Defendant.        :    P. OR. No: 12-MJ-35
                              :
------------------------------x

        Upon the application of Avi Weitzman, Assistant United

States Attorney for the Southern District of New York,

        IT IS HEREBY ORDERED that the bail determination

releasing JOHN KINNUCAN, the defendant, issued by Magistrate

Judge Janice M. Stewart on February 22, 2012, in the United

States Magistrate Court, District of Oregon, is hereby stayed,

and the defendant is ordered detained, until such time as this

Court has an opportunity to review, pursuant to 18 U.S.C. § 3145,

the release order issued by Judge Stewart.

Dated:   New York, New York
         February 22, 2012


                              _____  2/22/12
                              HONORABLE DEBORAH A. BATTS
                              UNITED STATES DISTRICT JUDGE